FILED

**NOT FOR PUBLICATION**

OCT 28 2013

UNITED STATES COURT OF APPEALS



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: GREYSTONE NEVADA, LLC; U.S. HOME CORPORATION, | No. 13-70546 |
| | DC Nos. 2:11 cv-01422 RCJ 2:11 cv-01424 RCJ |
| GREYSTONE NEVADA, LLC; U.S. HOME CORPORATION, | D Nev., Las Vegas |
| Petitioners, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, | |
| Respondent, | |
| ANTHEM HIGHLANDS COMMUNITY ASSOCIATION; FIESTA PARK HOMEOWNERS' ASSOCIATION, | |
| Real Parties in Interest. | |

Before:    TASHIMA, W. FLETCHER, and NGUYEN, Circuit Judges.

The Court understands from an examination of the District Court Docket

that, on May 28, 2013, the District Court dismissed all of the counterclaims of Real

Parties in Interest against Petitioners.  Inasmuch as the writ of mandamus sought in

this proceeding is an order directing that the HOAs' construction-defect

counterclaims be dismissed, counsel shall be prepared to address at oral argument

why this mandamus proceeding has not thereby been rendered moot.